# <u>CERTIFICATE to be filed with NOTICE OF APPEAL TO THE COURT OF APPEALS</u>

APPELLATE NO. _____
(To be filled in by COA)

TRIAL COURT CAUSE NO. <u>007-1251-14</u>

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/27/2015 11:30:30 AM
CATHY S. LUSK
Clerk

| | |
|---|---|
| **THE STATE OF TEXAS** | 7TH  Judicial District Court |
| (State or Appellant) | |
| | of |
| **VS.** | |
| | |
| **ROBERT MITCHELL JR DEAN** | Smith County, Texas |
| (Appellee or State) | |

**The Records of My Office Reflect The Following information in This Case:**

**Defendant was Convicted of :**   POSS CS PG 1 <1G

**Punishment Assessed:**        12 Years 00 /Texas Department of Criminal Justice

**Was This a Revocation of Probation:**        NO

**Defendant is:**    ROBERT MITCHELL JR DEAN  is in TDCJ

**If on Bond, Give Amount:**      NA        **Date Bond Posted:** NA

**Sentence Imposed on:** 01/09/15

**If NO Sentence, Order Appeal Form Signed:**        APPOINTED

**Written Notice of Appeals was Filed on:**      01/14/15

**Trial Held Before the Court:**    Guilty Plea-No Jury

**MOTION FOR New Trial Filed?:**        NO        Yes, Date Filed:

**\*\*\*\*IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, \*\*\*\***
**PLEASE GIVE WRITTEN NOTICE TO THE COURT OF APPEALS IMMEDIATELY**

**Presiding Trial Court Judge:**        KERRY RUSSELL

**Trial Court Reporter:**        JENNIFER LOWRANCE
        **Address:**        **Smith County Courthouse**
                **7th  Judicial District Court**
                **100 N. Broadway**
                **Tyler, Texas 75702**

**Was the Defendant Declared Indigent:**        YES

**Defendant's Counsel Is:  APPOINTED**

**Defendant – Represented on Appeal by:**   JACKSON, A. REEVE                    00798280
(Attorney's Name)                        (State Bar Number)

Address:   **112 E LINE #310**
**Tyler, TX 75702**

Phone:   **903-595-6070**
Fax:   **866-387-0152**

**State – Represented on  Appeal by:**   **Michael West**                    **21203300**
(Attorney's Name)                        (State Bar Number)

Address:   **Smith County Courthouse – 4th Floor**
**District Attorney's Office**
**100 N. Broadway**
**Tyler, TX 75702**

Phone:   **903-590-1724**
Fax:   **903-590-1719**

**Dated this 27th day of January, 2015.**

**Lois Rogers, Smith County District Clerk**

**By:   /S/ LINDA RHYMES**
**LINDA RHYMES, Deputy**

**Note:   ATTACH A COPY OF THIS NOTICE OF APPEAL TO THIS FORM.**
**(One Copy of This Form goes to the Court of  Appeals, One copy goes**
**To the DA, and One Copy goes to the Court Reporter.)**

**PLEASE BE SURE THAT ALL THE REQUESTED INFORMATION IS COMPLETE.**

**THANK YOU !**

**SEND TO:   12TH COURT OF APPEALS**
**1517 WEST FRONT STREET SUITE 354**
**TYLER, TEXAS 75702**

FILED
LOIS ROGERS
DISTRICT CLERK

No. 007-1251-14

THE STATE OF TEXAS

VS.

ROBERT DEAN

2015 JAN 14 AM 11: 08
SMITH COUNTY TEXAS
BY _____
DEPUTY

§ IN THE 7TH
§
§ DISTRICT COURT OF
§
§ SMITH COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Comes now Robert Dean, Defendant, by and through his undersigned attorney of record, and files this Notice of Appeal in this cause.

Respectfully Submitted,

_____
Austin Reeve Jackson
TXBN: 24046139
112 East Line Street, Suite 310
Tyler, Texas 75702
(903) 595-6070
(866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for State.

_____
Austin Reeve Jackson

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | **FILED** |
| | § | IN THE 7th JUDICIAL |
| VS. | § | JAN -9 2015 |
| | § | DISTRICT COURT OF |
| ROBERT MITCHELL DEAN, JR. | § | SMITH COUNTY, TEXAS |
| | | CLERK, 7TH DISTRICT COURT SMITH CO., TX |
| | | BY _____ DEPUTY |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, KERRY L. RUSSELL, JUDGE OF THE TRIAL COURT, CERTIFY THIS CRIMINAL CASE:

☑ IS NOT A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT MATTERS WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL AND NOW WITHDRAWN OR WAIVED, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT THE TRIAL COURT HAS GIVEN PERMISSION TO APPEAL, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS NO RIGHT OF APPEAL; (OR)

☐ THE DEFENDANT HAS WAIVED THE RIGHT OF APPEAL; (OR)

1/9/15

**Date Signed**

HONORABLE KERRY L. RUSSELL
Judge, 7th Judicial District Court
Smith County, Texas

* I have received a copy of this certification. <u>I have also been informed of my rights concerning any appeal of this criminal case including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals.</u> TEX.R.APP.P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

| | |
|---|---|
| **DEFENDANT** | **DEFENDANT'S COUNSEL** |
| Mailing Address: | Bar Card No. 00758280 |
| Smith Co Jail | Mailing Address: |
| | 32 L S Fannin |
| | Tyler Tx |
| Telephone No.: | Telephone No.: 592-2-5 72 |
| Fax No.: | Fax No.: |

*A DEFENDANT IN A CRIMINAL CASE HAS THE RIGHT OF APPEAL UNDER THESE RULES. THE TRIAL COURT SHALL ENTER A CERTIFICATION OF THE DEFENDANT'S RIGHT TO APPEAL IN EVERY CASE IN WHICH IT ENTERS A JUDGMENT OF GUILT OR OTHER APPEALABLE ORDER. IN A PLEA-BARGAIN CASE—A CASE IN WHICH A DEFENDANT'S PLEA WAS GUILTY OR NOLO CONTENDERE AND THE PUNISHMENT DID NOT EXCEED THE PUNISHMENT RECOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT—A DEFENDANT MAY APPEAL ONLY: (A) THOSE MATTERS THAT WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL, OR (B) AFTER GETTING THE TRIAL COURT'S PERMISSION TO APPEAL.
TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)